# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA



FILED

AUG 2 8 2018

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Ronald Jacoway )
)
_____ )
)
_____ )
Name of plaintiff (s) )
)
v. )
)
The Travelers Company Inc /dba )
)
Travelers Indemnity dba Travelers Insurance )
)
Alan D Schnitzer, CEO )
Name of defendant (s) )

Case No. 1:18-cv-200 PLR/SKL
(to be assigned by Clerk)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

This is a third party breach of contract claim against (Travelers Personal Injury Insurance Company) I suffered multiple injuries, during the automobile accident caused by the negligent operation of a motor vehicle by Anna Joujan, on July 23, 2013 in Chattanooga Tennessee. The policy holder was/is Charles H. Hicks

2. Plaintiff, Ronald Jacoway _____ resides at

1015 Belmeade _____, Chattanooga _____
street address                                          city

Hamilton County ___, TN ___, 37411 ___, 423-708-1036 ___.
county                  state       zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, __Alan D Schnitzer, CEO_____ lives at, or its business is located at

_____485 Lexington Avenue_____, __New York_____,
street address                                          city

_____, __NY____, __10017_____.
county                        state            zip code

(if more than one defendant, provide the same information for each defendant below)
The Travelers Company Inc.
485 Lexington Avenue
New York, NY 10017
USA

_____

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

On July 23, 2013, Plaintiff Ronald Jacoway along with a passenger side companion, were driving down Shallowford Road in Chattanooga, Hamilton County, Tennessee. As my companion and I were driving we witnessed a vehicle headed directly towards us. I swerved off-road to avoid the head-on collision, but could not avoid colliding with rock and tree on the side of the road, the collision did cause bodily injury to me and my companion. Anna Joujan was negligent in the following particulars:
a. Anna Joujan failed to use the vehicle with due care for the safety of me and my passenger;

b. Anna Joujan was texting while driving,

c. Anna Joujan simultaneously removed both of her hands from the vehicle's steering wheel.

As a direct and proximate result of the negligence I have suffered serious and permanent injuries and have

incurred medical bills and other expenses related to my injuries.

I am entitled to recover damages for pain and suffering, medical bills, loss of enjoyment of life, loss of earning capacity, and all other damages allowed under Tennessee law.

Charles W. Hicks is the owner of the vehicle and the travelers insurance policyholder in the instant case.

_____

_____

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a.      WHEREFORE, Plaintiff, Ronald Jacoway, prays for the following relief:

(1) A judgment for compensatory damages for Ronald Jacoway, against the Defendant in

b.      an amount to be determined by this Honorable Court, but in excess of One Million

($ 1,000,000.00) Dollars;

(2) An award of all discretionary costs, court costs, and such other and further relief as

c.      shall be deemed reasonable and necessary.

d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _8~_ day of _28_ , 20 _18_ .

_Ronald L. Jacoway_

_____

_____

_____

Signature of plaintiff (s)

3

## Business Record Details »

Minnesota Business Name
# The Travelers Companies, Inc.

**Business Type**
Business Corporation (Domestic)

**MN Statute**
302A

**File Number**
12-AA

**Home Jurisdiction**
Minnesota

**Filing Date**
03/05/1853

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2018

**Registered Office Address**
385 Washington Str
St Paul, MN 55102
USA

**Number of Shares**
1,755,000,000

**Registered Agent(s)**
(Optional) None provided

**Chief Executive Officer**
Alan D Schnitzer
485 Lexington Avenue
New York, NY 10017
USA

**Principal Executive Office Address**
485 Lexington Avenue
New York, NY 10017
USA

Filing History

# Filing History

Select the item(s) you would like to order: Order Selected Copies

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 03/05/1853 | Original Filing - Business Corporation (Domestic) | |
| ☐ | 03/05/1853 | Business Corporation (Domestic) Change of Shares | |

| Filing Date | Filing | Effective Date |
|---|---|---|
| 03/05/1853 | Business Corporation (Domestic) Business Name (Business Name: St. Paul Fire and Marine Insurance Company) | |
| 03/02/1865 | Amendment - Business Corporation (Domestic) | |
| 03/05/1869 | Amendment - Business Corporation (Domestic) | |
| 02/13/1872 | Amendment - Business Corporation (Domestic) | |
| 03/09/1878 | Amendment - Business Corporation (Domestic) | |
| 05/03/1909 | Amendment - Business Corporation (Domestic) | |
| 09/27/1909 | Amendment - Business Corporation (Domestic) | |
| 07/02/1914 | Business Corporation (Domestic) Change of Shares | |
| 5/28/1916 | Amendment - Business Corporation (Domestic) | |
| 08/16/1919 | Amendment - Business Corporation (Domestic) | |
| 03/25/1920 | Amendment - Business Corporation (Domestic) | |
| 11/10/1923 | Business Corporation (Domestic) Change of Shares | |
| 01/22/1925 | Amendment - Business Corporation (Domestic) | |
| 04/19/1927 | Business Corporation (Domestic) Change of Shares | |
| 04/18/1939 | Business Corporation (Domestic) Change of Shares | |
| 05/09/1944 | Amendment - Business Corporation (Domestic) | |
| 02/10/1950 | Amendment - Business Corporation (Domestic) | |
| 04/17/1951 | Business Corporation (Domestic) Change of Shares | |
| 11/19/1956 | Merger - Business Corporation (Domestic) | |
| 08/22/1957 | Business Corporation (Domestic) Change of Shares | |
| 02/18/1958 | Amendment - Business Corporation (Domestic) | |
| 02/10/1960 | Business Corporation (Domestic) Change of Shares | |

Case 1:18-cv-00200-PLR-SKL     Document 1     Filed 08/28/18     Page 5 of 7     PageID #: 5

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 01/02/1962 | Merger - Business Corporation (Domestic) | |
| ☐ | 06/19/1962 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 11/10/1965 | Amendment - Business Corporation (Domestic) | |
| ☐ | 12/29/1967 | Business Corporation (Domestic) Restated Articles | |
| | 12/29/1967 | Business Corporation (Domestic) Business Name (Business Name: The St. Paul Companies, Inc.) | |
| ☐ | 02/06/1968 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 02/06/1968 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 05/18/1970 | Business Corporation (Domestic) Restated Articles | |
| ☐ | 05/25/1973 | Amendment - Business Corporation (Domestic) | |
| ☐ | 12/28/1973 | Merger - Business Corporation (Domestic) | |
| ☐ | 02/17/1981 | Business Corporation (Domestic) Active Status Report | |
| ☐ | 05/08/1981 | Amendment - Business Corporation (Domestic) | |
| ☐ | 05/05/1982 | Business Corporation (Domestic) Restated Articles | |
| ☐ | 03/01/1983 | Merger - Business Corporation (Domestic) | |
| ☐ | 03/18/1986 | Consent to Use of Name - Business Corporation (Domestic) | |
| ☐ | 05/09/1986 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 12/30/1986 | Merger - Business Corporation (Domestic) | |
| ☐ | 05/08/1987 | Amendment - Business Corporation (Domestic) | |
| ☐ | 01/24/1990 | Business Corporation (Domestic) Other | |
| ☐ | 05/17/1994 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 05/15/1995 | Business Corporation (Domestic) Other | |
| ☐ | 05/06/1998 | Business Corporation (Domestic) Change of Shares | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 04/14/2000 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 11/14/2003 | Amendment - Business Corporation (Domestic) | |
| ☐ | 04/01/2004 | Business Corporation (Domestic) Business Name (Business Name: The St. Paul Travelers Companies, Inc.) | |
| | 04/01/2004 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| | 04/01/2004 | Business Corporation (Domestic) Change of Shares | |
| | 04/01/2004 | Business Corporation (Domestic) Restated Articles | |
| ☐ | 12/28/2005 | Merger - Business Corporation (Domestic) | |
| ☐ | 02/26/2007 | Business Corporation (Domestic) Business Name (Business Name: The Travelers Companies, Inc.) | |
| ☐ | 05/02/2007 | Business Corporation (Domestic) Restated Articles | |
| ☐ | 08/04/2011 | Amendment - Business Corporation (Domestic) | |
| ☐ | 08/04/2011 | Business Corporation (Domestic) Restated Articles | |
| ☐ | 5/22/2013 | Amendment - Business Corporation (Domestic) Change of Shares | |
| ☐ | 5/23/2013 | Amendment - Business Corporation (Domestic) Restated Articles | |

© 2018 Office of the Minnesota Secretary of State - Terms & Conditions