# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **RONALD JACOWAY,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**THE TRAVERLERS COMPANY, INC.,** )<br>*d/b/a* **TRAVELERS INDEMINITY,** )<br>*d/b/a* **TRAVERLERS INSURANCE,** )<br>**ALAN D. SCHNITZER, CEO,** )<br>)<br>**Defendants** ) | No.: 1:18-cv-00200<br>REEVES/LEE |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that Defendants' motion to dismiss is **GRANTED**, and Plaintiff's claims against Defendant are **DISMISSED**.

The trial scheduled for February 25, 2020, is **CANCELLED.**

Enter:

_____
 **UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT:**

*/s/ JOHN L. MEDEARIS*
JOHN L. MEDEARIS
CLERK OF THE COURT